UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ARTHUR D'AMARIO III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:10-cv-00280 |
| | ) | |
| NATALIA MENDES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on September 22, 2010 her Recommended Decision (Docket # 11).  The Plaintiff filed his objections to the Recommended Decision on October 5, 2010 (Docket # 12).  I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a _de_ _novo_ determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1.     It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is hereby <u>AFFIRMED</u>.

2.    It is further <u>ORDERED</u> that that the Complaint (Docket # 1) be and hereby is <u>DISMISSED</u> as the Plaintiff has accumulated "three strikes" pursuant to 28 U.S.C. § 1915(g).

SO ORDERED.

<u>/s/ John A. Woodcock, Jr.</u>
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 12th day of October, 2010